UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CHRISTOPHER STEWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:17-cv-00440-WTL-MJD |
| | ) |
| THOMAS R. KANE, ACTING DIRECTOR, | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |

**SUMMONS IN A CIVIL CASE**

TO:

United States Attorney General
Department of Justice
10th and Constitution Avenue, NW
Washington, D.C.  20530

Federal Bureau of Prisons
Acting Director Thomas R. Kane, Ph.D.
320 First St., NW
Washington, DC  20534

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon the plaintiff, CHRISTOPHER STEWARD, #18319-033, Federal Minimum Security Camp, 4700 Bureau Road, Terre Haute, IN 47808, an answer to the complaint which is herewith served upon you, **within 60 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____9/22/2017_____
Date:

*CLERK OF COURT, Laura A. Briggs*

BY: *Dena Way Hernandez*
*Deputy Clerk*